# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2008

137290

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

In re DESMOND RAYMOND WADE and
DEMITRIUS EDDIE WADE, Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
      Petitioner-Appellee,

v

SC: 137290
COA: 283902
Oakland CC Family Division:
06-724963-NA

RONALD WADE
      Respondent-Appellant.

_____/

On order of the Court, the application for leave to appeal the August 21, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2008

_____
Clerk

s0923